UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, : | |
| Defendant. : | |

**MOTION FOR NOTICE OF INTENT TO INTRODUCE
UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS**

Comes now JESUS ANTONIO MURILLO-LENIS and moves for an order directing the government to provide notice of its intent to use evidence of prior arrests, convictions, or bad acts alleged to have taken place in this country or any other. This motion is made under *Fed. R. Evid*. 404(b) and *Fed. R. Crim*. P. 16.

In addition, JESUS ANTONIO MURILLO-LENIS moves for production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any judgments and convictions or prior bad acts. This request also includes his "rap" sheet and/or NCIC computer check on the name JESUS ANTONIO MURILLO-LENIS or any other name or alias the government believes was used by him in the past.

**POINTS AND AUTHORITIES**

Evidence of a prior record is available under *Fed. R. Crim. P*. 16(a)(1)(B). Evidence of prior similar acts is discoverable under *Fed. R. Crim. P*. 16(a)(1)(C) and *Fed. R. Evid.* 404(b) and 609.

                                        Respectfully submitted,
                                        ANTHONY D. MARTIN

By: _____

                                        Anthony D. Martin, 5422
                                        7841 Belle Point Drive
                                        Greenbelt, MD 20770
                                        (301) 220-3700

                                        *Attorney for Jesus Antonio Murillo-Lenis-*

Case 1:05-cr-00342-RCL    Document 208    Filed 08/08/2008    Page 2 of 2