CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. 05-342 (13)
)
Victor Antonio Palmera-Quintana )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

[✓] CJA     [ ] RETAINED     [ ] FEDERAL PUBLIC DEFENDER

_Mark J. Carroll_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Mark J. Carroll   414-619
(Attorney & Bar ID Number)

_____
(Firm Name)

9520 Reach Road
(Street Address)

Potomac    Md    20854
(City)    (State)    (Zip)